LAW OFFICES OF MICHAEL A. SCAFIDDI
MICHAEL A. SCAFIDDI, ESQ.   (SBN: 188567)
MEGAN E. SCAFIDDI, ESQ.   (SBN: 287506)
432 North Arrowhead Avenue
San Bernardino, CA 92401
Telephone:   (909) 381-1000
Facsimile:   (909) 381-1077

LAW OFFICES OF GARY HARRISON
GARY HARRISON, ESQ. (SBN: 158421)
1148 Don Carlos Court
San Jacinto, CA 92582
Telephone:   (951) 487-7548

Attorneys for Plaintiffs Angela Smith and Warren Smith

**JS6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SMITH, an individual and Successor in Interest to the ESTATE OF RYAN JOSEPH SMITH, deceased, and WARREN SMITH, an individual and Successor in Interest to the ESTATE OF RYAN JOSEPH SMITH, deceased,<br><br>                    Plaintiffs,<br><br>         vs.<br><br>CITY OF RIVERSIDE, a political subdivision of the State of California, and DOES 1 TO 50, inclusive,<br><br>                    Defendants. | CASE NO. : **5:24-cv-02475-SSS-(SHKx)**<br>*[Assigned to Hon. Sunshine S. Sykes]*<br><br>ORDER FOR DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>George E. Brown Federal Building<br>3470 Twelfth Street<br>Riverside, CA 92501-3801 |

The Court, having been notified that the parties have reached a settlement of this action, and pursuant to *Federal Rule of Civil Procedure* 41(a), hereby orders as follows:

1. This entire action is dismissed with prejudice.

2. The Court expressly retains jurisdiction over this matter for the sole purpose of enforcing the terms of the parties' settlement agreement, pursuant to the authority recognized in *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994).

/ / / / /

3. Any party may move to reopen the case within sixty (60) days upon a showing that the settlement has not been consummated.

4. All future deadlines and hearing dates are vacated.

IT IS SO ORDERED.

DATED: January 8, 2026

Honorable Sunshine S. Sykes
District Court Judge